UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LACAL L. WILSON (#93801)

VERSUS                                      CIVIL ACTION

BURL CAIN, ET AL                            NUMBER 08-502-RET-SCR

## JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that this action is hereby DISMISSED without prejudice for failure to pay the court's filing fee.

Baton Rouge, Louisiana, September 25, 2008.

_____
RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA